IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: WILLIAM J. McGARVEY         :      MISCELLANEOUS
                                   :
                                   :      NO. 02-160

## ORDER

AND NOW, this          day of              2002, the respondent having been ordered on July 8, 2002 to show cause within thirty (30) days why he should not be disbarred from the practice of law in this court, and the respondent not having answered or requested a hearing, it is hereby

ORDERED that respondent is disbarred from the practice of law in this court, pending further action by the Supreme Court of Pennsylvania.

BY THE COURT:


_____
JAMES T. GILES
Chief Judge